HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHARLOTTE CORRAL, | ) | Civil No. 06-05154 SC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, February 12, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

1

|     |                              |                                                  |
| --- | ---------------------------- | ------------------------------------------------ |
| 1   |                              |                                                  |
| 2   |                              | KEVIN V. RYAN,                                   |
| 3   |                              | United States Attorney                           |
| 4   |                              | SARA WINSLOW,                                    |
|     |                              | Assistant United States Attorney                 |
| 5   |                              |                                                  |
| 6   |                              |                                                  |
| 7   | Dated: January 10, 2007      | /s/                                              |
|     |                              | SHEA BOND                                        |
| 8   |                              | Special Assistant U.S. Attorney                  |

Dated: January 10, 2007      /s/
                             HARVEY P. SACKETT
                             Attorney for Plaintiff
                             CHARLOTTE CORRAL

IT IS SO ORDERED.

Dated:   1/11/07

/s/ Judge Samuel Conti
HON. SAMUEL CONTI
Senior U.S. District Judge

2

STIPULATION AND ORDER